12/22/2015                                    TDCJ Offender Details



 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 03387468 |
| **TDCJ Number:** | 00742398 |
| **Name:** | GOMEZ,FRANCISCO |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1961-08-15 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | WYNNE |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2024-03-09 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1994-03-10 | MURDER | 1995-12-12 | HARRIS | 9424768 | 9999-99-99 |